IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MEULEMANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENABLE MIDSTREAM PARTNERS, LP, ENABLE GP, LLC, LUKE R. CORBETT, ROBERT G. GWIN, ALAN N. HARRIS, RONNIE K. IRANI, PETER H. KIND, RODNEY J. SAILOR, SEAN TRAUSCHKE, and R.A. WALKER,<br><br>　　　　Defendants. | Civil Action No. 1:21-cv-03073-VSB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff James Meulemans hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Joshua M. Lifshitz*
　　　　　　　　　　　　　　　　　　　　　　　　Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　　　　　Email: jml@jlclasslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　**LIFSHITZ LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　1190 Broadway
　　　　　　　　　　　　　　　　　　　　　　　　Hewlett, New York 11557
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (516) 493-9780
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (516) 280-7376

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*